**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTY CANTRELL, <br><br> Plaintiffs, <br><br> v. <br><br> BAKERSFIELD CONTROL CREDIT SERVICE, <br><br> Defendant. | Case No.: 1:13-cv-00283 - AWI - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

On June 18, 2013, Defendant Bakersfield Credit Control Service notified the Court a settlement has been reached with Plaintiff Misty Cantrell.  (Doc. 9).  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **July 9, 2013**; and
2. All pending dates, motions, conferences and hearings are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **June 19, 2013**                       /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE

1