UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY CANTRELL,<br><br>        Plaintiff,<br><br>vs.<br><br>BAKERSFIELD CREDIT CONTROL SERVICE,<br><br>        Defendant. | CASE NO. 1:13-CV-00283-AWI-JLT<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: July 9, 2013

SENIOR DISTRICT JUDGE