UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY CANTRELL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BAKERSFIELD CREDIT<br>CONTROL SERVICE,<br><br>　　　　　　Defendant. | CASE NO. 1:13-CV-00283-AWI-JLT<br><br>**ORDER OF DISMISSAL** |

  Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: ___July 9, 2013___　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1